IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Lawrence G. Adams,                     :
                    Appellant          :
                                       :
        v.                             :        No. 1076 C.D. 2016
                                       :
Commonwealth of Pennsylvania           :

# **O R D E R**

NOW, June 30, 2017, having considered appellant's application for reconsideration and appellee's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge
